■ In the Matter of CIVIL SERVICE EMPLOYEES ASSOCIATION, INC., et al., Appellants, v MICHAEL K. CLARKE, as Executive Director of Buffalo Municipal Housing Authority, Respondent. (Appeal No. 2.) [605 NYS2d 1003] —Order unanimously affirmed without costs for the reasons stated in decision at Supreme Court, Cosgrove, J. (Appeal from Order of Supreme Court, Erie County, Cosgrove, J.—Renewal.) Present—Denman, P. J., Callahan, Lawton, Boomer and Davis, JJ.

■ JOHN E. NICOLO, Appellant, v PAUL GREENFIELD et al., Respondents. [606 NYS2d 1022] —Order unanimously affirmed without costs for the reasons stated in decision at Supreme Court, Cornelius, J. (Appeal from Order of Supreme Court, Monroe County, Cornelius, J.—Summary Judgment.) Present —Denman, P. J., Callahan, Lawton, Boomer and Davis, JJ.

■ SHARON M. SONNACCHIO et al., Appellants, v CAROL L. HARE, Respondent. [606 NYS2d 1022] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Hurlbutt, J. (Appeal from Order of Supreme Court, Oswego County, Hurlbutt, J.—Dismiss Complaint.) Present—Denman, P. J., Callahan, Lawton, Boomer and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR ALEXANDER, Appellant. [606 NYS2d 1021] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Callahan, J. P., Green, Balio, Fallon and Boehm, JJ.